UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

EGBERTO DEJESUS VAZQUEZ,
                           Defendant.
------------------------------------------------------x

**ORDER**

17 CR 163 (VB)

Defendant Vazquez has submitted a <u>pro se</u> "motion requesting judicial recommendation for 12 months [Residential Re-entry Center] ("RRC") placement pursuant to 18 U.S.C. § 3621(b)(4)," dated December 9, 2019. The motion will be separately docketed.

The motion is DENIED.

Ordinarily, a Court's recommendations to the Bureau of Prisons are made at the time of the imposition of sentence which, in this case, occurred on October 19, 2017. Thus, it is not clear the Court has the authority, at this time, to make such a recommendation. However, even assuming the Court does have that authority, the Court does not believe such a recommendation is appropriate here, given the seriousness of the offense, the fact that defendant continued to run his drug trafficking operation from jail after he was arrested, and the fact that defendant has numerous prior convictions. On the other hand, the Bureau of Prisons ("BOP") has the authority to grant such an RRC placement, and nothing in this Order is meant to suggest that the BOP should not exercise that authority. To be clear, the Court is not recommending that Mr. Vazquez not be given a 12-month RRC placement—the decision whether to do so or not is entirely up to the BOP.

The Clerk is instructed to mail a copy of this Order to defendant at the following address:

Egberto DeJesus Vazquez
Reg. No. 66785-054
FCI Allenwood Low
P.O. Box 1000
White Deer, PA 17887

Dated: January 27, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge