A-Z Topics    Site Map    FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# COVID-19
## Coronavirus

The Bureau of Prisons (BOP) is carefully monitoring the spread of the COVID-19 virus. As with any type of emergency situation, we carefully assess how to best ensure the safety of staff, inmates and the public.

**BOP COVID-19 Modified Operations Plan**

### BOP's Emergency Response

Every institution is like a small city and to cope with major emergencies or other significant interruptions of normal operations, they each have continuity of operations (COOP) plans that provide guidance to staff.

Learn More

### BOP's COVID-19 Response

In February 2020, the BOP's Public Health Service (PHS) staff were placed in operational dress uniforms to be ready to respond to COVID-19 incidents by the Assistant Secretary for Health.

Learn More

### BOP's COVID-19 Collaboration Efforts

BOP PHS Officers have been deployed for national travel-related screening at airports and NIC has been asked to share BOP-related guidance with state and local corrections.

Cited in US v Vazquez
17CR163-1 Decided 12/1/20
Archived on 12/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Learn More

### Coronavirus.gov

The primary lane of information for the public regarding Coronavirus (COVID-19) is a portal for public information published by the Coronavirus (COVID-19) Task Force at the White House, working in conjunction with CDC, HHS and other agency stakeholders.

Go to coronavirus.gov

### CDC.gov

The Centers for Disease Control and Prevention (CDC) has established a resource portal on CDC.gov with the latest information from CDC and the overarching medical community on COVID-19.

Go to cdc.gov

### USA.gov

To learn about international travel restrictions, how you can prepare for coronavirus, and what the U.S. government is doing in response to the virus, visit https://www.usa.gov/coronavirus

Go to usa.gov/coronavirus

## COVID-19 Cases

Loading data ...

Cited in US v. Vazquez
17CR163-1 Decided 12/10/20
Archived on 12/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

# COVID-19 Inmate Test Information

**Completed Tests**

**84,267**

Number of inmates who have completed testing.

**Pending Tests**

**3,740**

Number of inmates with pending tests and no previous completed test.

**Positive Tests**

**27,292**

Number of inmates that have ever had a positive test.

Learn more about the data and view individual facility stats +

# COVID-19 Home Confinement Information

Given the surge in positive cases at select sites and in response to the Attorney General Barr's directives, the BOP began immediately reviewing all inmates who have COVID-19 risk factors, as described by the CDC, to determine which inmates are suitable for home confinement. Since the release of the [Attorney General's original memo](#) to the Bureau of Prisons on March 26, 2020 instructing us to prioritize home confinement as an appropriate response to the COVID-19 pandemic, the BOP has significantly increased its placement of offenders on home confinement. Currently, the BOP has --- inmates on home confinement. The total number of inmates placed in home confinement from March 26, 2020 to the present (including inmates who have completed service of their sentence) is ---.

COVID-19 Home Confinement Information Frequently Asked Questions

## Resources

- Correcting Myths and Misinformation About the BOP and COVID-19
- COVID-19 Visitor/Volunteer/Contractor Screening Tool
- COVID-19 Inmate Screening Tool
- COVID-19 Staff Screening Tool
- Coronavirus (COVID-19) Precautions/Modified Operations for Residential Reentry Centers.
- Coronavirus (COVID-19) Religious Accommodations
- Coronavirus(COVID-19) Resumption of Normal RRC Operations



Cited in US v Vazquez 17CR163-1 Decided 12/1/20
Archived on 12/10/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

| About Us | Inmates | Locations | Careers | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Stories | Employees |
| Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Press Releases | Federal Executions |
| Statistics | Custody & Care | | Application Process | | Publications | Former Inmates |
| | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government