UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :   **ORDER**
v.                                :
                                  :   17 CR 163 (VB)
EGBERTO DEJESUS VAZQUEZ,          :
                     Defendant.   :
--------------------------------------------------------x

      Having (i) reviewed defendant Egberto DeJesus Vazquez's application for early termination of supervised release (Doc. #57); (ii) consulted with Mr. Vazquez's probation officer, who has no objection to early termination; and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Mr. Vazquez's conduct and the interest of justice.

      Accordingly, it is HEREBY ORDERED that supervised release is terminated, and defendant Egberto DeJesus Vazquez is discharged therefrom, effective immediately.

Dated: November 6, 2023
       White Plains, NY

                                     SO ORDERED:

                                     _____
                                     Vincent L. Briccetti
                                     United States District Judge