# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601



THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

November 16, 2023

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Egberto DeJesus Vazquez</u>
17 Cr. 163 (VB)

Dear Judge Briccetti:

This is an application for authorization to submit a supplemental voucher for services rendered in seeking early termination of supervised released.

I spent approximately 1.5 hours helping my client in this manner. The CJA Clerk informs me that I must seek permission of the Court to make this submission.

Very truly yours,

/s/ Richard D. Willstatter
RICHARD D. WILLSTATTER

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 11/16/23
White Plains, NY